**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN JEFFERY RICHSON-BEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. MORENO, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01294-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 12) |

　　　Plaintiff Sean Jeffery Richson-Bey is proceeding *pro se and in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On February 1, 2022, the Court screened Plaintiff's second amended complaint, found no cognizable claims, granted Plaintiff thirty days to file an amended complaint. (ECF No. 12.)  Plaintiff has not responded to the Court's order and the time to do so has expired.  Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated: __March 14, 2022__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1