UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFERY RICHSON-BEY,<br><br>          Plaintiff,<br><br>     v.<br><br>R. MORENO, et al.,<br><br>          Defendants. | Case No. 1:21-cv-01294-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND GRANTING PLAINTIFF THIRTY DAYS TO FILE A THIRD AMENDED COMPLAINT<br><br>(ECF Nos. 13, 14) |

Plaintiff Sean Jeffery Richson-Bey is proceeding *pro se and in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 1, 2022, the Court screened Plaintiff's second amended complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 12.) However, Plaintiff failed to file a third amended complaint. Therefore, on March 14, 2022, the Court ordered Plaintiff to show cause within fourteen days as to why the action should not be dismissed. (ECF No. 13.)

On April 4, 2022, Plaintiff filed a response to the order to show cause. (ECF No. 14.) In his response, Plaintiff "submits cognizable claims were included in second amended complaint ..." and Plaintiff reiterates his claims for relief (Id.) However, Plaintiff is advised that he cannot amend the complaint by way of response to the order to show cause, and any amended complaint shall be complete within itself without reference to the prior complaint and should be filed on the proper civil

1

rights complaint form.  Local Rule 220.  Consequently, the Court will discharge the order to show cause and grant Plaintiff thirty days to file a proper third amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause issued on March 14, 2022 (ECF No. 13) is DISCHARGED;
2. Plaintiff shall file a third amended complaint within thirty (30) days from the date of service of this order;
3. The Clerk of Court shall send Plaintiff a blank amended civil rights complaint form; and
4. The failure to file an amended complaint will result in a recommendation to dismiss the action for failure to comply with a court order, failure to prosecute this action, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   **April 5, 2022**

UNITED STATES MAGISTRATE JUDGE