# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON-BEY,<br><br>   Plaintiff,<br><br>   v.<br><br>R. MORENO, et al.,<br><br>   Defendants. | Case No. 1:21-cv-01294-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 28, 32) |

Plaintiff Sean Jeffrey Richson-Bey is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On January 12, 2023, the assigned magistrate judge issued findings and recommendations, recommending defendants' motion to dismiss be granted in part and denied in part. Doc. No. 32. The findings and recommendations were served on the parties and contained notice that objections were due within twenty-one days. Id. at 7. No objections were filed and the time to do so has passed.

Consistent with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

///

1

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 12, 2023 (Doc. No. 32) are ADOPTED in full; and,
2. Defendants' motion to dismiss the official capacity claims is granted;
3. Defendants' motion to dismiss the retaliation claim against Defendant Moreno for failure to exhaust the administrative remedies is denied; and
4. Defendants shall file a further response to the operative complaint within fourteen days from the date of service of this order.  Fed. R. Civ. P. 4(a)(4)(A).

IT IS SO ORDERED.

Dated:   March 28, 2023

SENIOR  DISTRICT  JUDGE

2