UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON-BEY, | No. 1:21-cv-01294-ADA-SAB (PC) |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE SEAN JEFFREY RICHSON-BEY |
| v. | |
| R. MORENO, et al., | (ECF No. 37) |
| Defendants. | |

A settlement conference in this matter commenced on July 20, 2023, inmate Sean Jeffrey Richson-Bey, CDCR Inmate No. T-18961, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **July 20, 2023**             /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1