UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON-BEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MORENO, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01294-ADA-SAB (PC)<br><br>ORDER VACATING STAY AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 40) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

A settlement conference was conducted on July 20, 2023, and the parties did not reach a settlement agreement. Accordingly, it is HEREBY ORDERED that:

1. The stay of the case issued on April 12, 2023 is VACATED; and

2. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **July 24, 2023**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1