UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON-BEY,<br><br>   Plaintiff,<br><br>   v.<br><br>R. MORENO, et al.,<br><br>   Defendants. | No. 1:21-cv-01294-NODJ-SAB (PC)<br><br>ORDER STAYING BRIEFING ON DEFENDANT'S MOTION TO REVOKE IN FORMA PAUPERIS STATUS<br>(ECF No. 43)<br><br>ORDER FOR PLAINTIFF TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS |

   Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Moreno for retaliation and against Defendant Saucedo for a due process violation.

   On December 12, 2023, Defendant filed a motion to revoke Plaintiff's in forma pauperis status on the ground that Plaintiff has been released from custody since initiating this action. (ECF No. 45.)  Plaintiff has not yet had the opportunity to file a response.

   In the motion, Defendants argue that Plaintiff is currently proceeding in forma pauperis under 28 U.S.C. § 1915(b)(1)'s prisoner provision, and now that he is no longer incarcerated, he must file an updated affidavit to proceed IFP as a non-prisoner under the general provisions of 28

1

U.S.C. § 1915(a)(1) or pay the filing fee.  (ECF No. 45.)

Upon review of the filing, the Court finds it appropriate to stay briefing on the motion to revoke Plaintiff's in forma pauperis status and for Plaintiff to file a non-prisoner application to proceed in forma pauperis.  Upon receipt and review of the application, the Court will reset the deadline for Plaintiff to file a response to Defendant's motion to revoke, as necessary and appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Briefing on Defendants' motion to revoke Plaintiff's in forma pauperis status, (ECF No. 45), is STAYED;
2. The Clerk of the Court is directed to send to Plaintiff an application to proceed in forma pauperis for a **non-prisoner**;
3. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed; and
4. **No requests for extension will be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:   **December 19, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2