UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON-BEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. MORENO, et al.,<br><br>　　　　　　Defendants. | No. 1:21-cv-01294-NODJ-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 47) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On January 12, 2024, Plaintiff filed a request to voluntarily dismiss this action. (ECF No. 47.) Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

　　　　(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

　　　　(ii) a stipulation of dismissal signed by all parties who have appeared.

　　　　Fed. R. Civ. P. 41(a)(1)(A).

　　　　Before Plaintiff filed his request for voluntary dismissal, Defendants filed an answer to the operative complaint. (ECF No.35.) Consequently, Plaintiff may not unilaterally dismiss this case pursuant to Rule 41(a)(1)(A)(i). However, Defendants may stipulate to dismissal of this action

1

pursuant to Rule 41(a)(1)(A)(ii).  Even if Defendants decline to stipulate, the court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that Defendants shall, within **ten (10)** days of the date of this order, file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii), or otherwise respond to Plaintiff's requess for voluntary dismissal.

IT IS SO ORDERED.

Dated: **January 16, 2024**

UNITED STATES MAGISTRATE JUDGE